**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS REAY ENGEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　Defendant.<br>_____ | Case No. EDCV 15-00181-MWF (DTB)<br><br>ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS AND<br>RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

　　IT THEREFORE IS ORDERED that Judgment be entered affirming the decision of the Commissioner denying benefits and dismissing this action with prejudice.

Dated: May 27, 2016

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE